**Opinion issued November 25, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00934-CV

————————————

## IN RE EMILY KELLY, Relator

---

## Original Proceeding on Petition for Writ of Mandamus

---

## MEMORANDUM OPINION

Relator, Emily Kelly, has filed a petition for writ of mandamus requesting that we compel the trial court to grant realtor's motion to stay proceedings pending arbitration.[1] Without reaching the merits of the petition, we deny the petition for

---

[1] The underlying case is *Emily Kelly, Individually and On Behalf of Deceased, Anna Kelly v. Methodist Health Centers d/b/a Houston Methodist Willowbrook Hospital, Ramegowda Belakere, and Megan Gooch*, cause number 2024-85710, pending in the 164th District Court of Harris County, Texas, the Honorable Cheryl Elliott Thornton presiding.

failing to meet the Texas Rules of Appellate Procedure's requirements for consideration of mandamus relief. *See* TEX. R. APP. P. 52.3 (delineating required form and contents of petition for writ of mandamus); 52.7(a)(1) (requiring certified or sworn copy of every document material to claim for relief that was filed in underlying proceeding); 52.7(a)(2) (requiring "a properly authenticated transcript of any relevant testimony from any underlying proceeding, including any exhibits offered in evidence, or a statement that no testimony was adduced in connection with the matter complained").

**PER CURIAM**

Panel consists of Justices Rivas-Molloy, Gunn, and Caughey.